JOHN CRABTREE, Plaintiff in Error, v. WILLIAM HAGEN-
BAUGH, Defendant in Error.

ERROR TO EDGAR.

It is not proper for the judge before whom a case is tried, to go to the jury-room
while they are deliberating. All the proceedings in a case should be open, no-
torious and in the presence of the parties, so that if they are dissatisfied with
them, they may take exception in the manner provided by law.

THIS case was tried before HARLAN, Judge. The facts are
sufficiently stated in the opinion.

A. GREEN, for Plaintiff in Error.

CONSTABLE, for Defendant in Error.

CATON, C. J.   In this case, after the jury had retired to con-
sider of their verdict, they sent for the judge, who repaired to
their room, and there had intercourse with them on the subject
of the instructions which had been given them. This was
manifestly done with no improper motive on the part of the
judge, and it may be that it had no influence with them in the
formation of their verdict.   Indeed, the most the judge did, was
to decline to explain the meaning of the written instructions
which had been given to the jury.   We choose to assume, that
what was said and done by the judge, while in the jury room,
did not influence the jury in their deliberations, for we think
that, independent of its effect upon the jury, the judgment should
be reversed, for the simple reason that such an interview did
take place.   If, in this case, no harm was actually done, and for
that reason the verdict is allowed to stand, we open the door to
the inquiry in all such cases, as to whether the party has been
injured by the interview.   Such an inquiry should not be toler-
ated.   The policy of the law requires, that all the proceedings
of the court should be open and notorious, and in the presence
of the party, so that if he is not satisfied with it, he may take
exceptions to it, in the mode pointed out by the law, and not
be put to extraneous proof to show that an error has been com-
mitted in a secret proceeding, and, in fact, out of court.
    The judgment must be reversed and the cause remanded.
                                          *Judgment reversed.*